IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CV-432-BO

VENICE PI, LLC, )
)
                Plaintiff, )
)
v. )
)
)
DOES 1-18, )
)
                Defendants. )

## ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANTS

Plaintiff, Venice PI, LLC, has, by counsel and pursuant to FED.R.CIV.P. 4(m) and 6(b), filed a Motion to Extend Time to Serve Defendants. Upon review of the Motion, it appears that the time for Plaintiff to serve Defendants has expired, however Plaintiff has stated good cause for the extension.

**IT IS THEREFORE ORDERED** that the First Motion to Extend Time to Serve Defendants is granted and that Plaintiff is granted an additional period of time, to and including February 25, 2018, to serve Defendants, pursuant to FED.R.CIV.P. 4.

This the 6 day of December, 2017.

                                                                     *Terrence Boyle*
                                                           United States District Court